MARIA DAVIES, Appellant, *v.* DAVID DAVIES et al.,. Respondents.

(Argued March 16, 1883 ; decided April 17, 1883.)

*William Allen Butler* for appellant.

*Everett P. Wheeler* for respondents.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.